## TOLLIE DABNEY V. STATE.

No. 24173. November 3, 1948.

Hon. John H. Tate, Judge Presiding.

Appellant represented himself.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed at confinement for ninety-nine years in the penitentiary.

Appellant has filed his personal affidavit advising this court that he does not further desire to prosecute his appeal, but asks that same be dismissed, and at his request it is accordingly so ordered.